```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 45518
    TAYYAB N CHOHAN
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-3482
```

---
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/10/04 and confirmed on 02/25/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 67070.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | 42953.66 | .00 | 42953.66 |
| AMERICAN GENERAL FINANCE | SECURED | 1000.00 | 82.29 | 1000.00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ATLANTIC LOAN | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5925.41 | .00 | 5925.41 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9884.61 | .00 | 9884.61 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | 571.00 | .00 | 571.00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 1161.50 | .00 | 1161.50 |
| US BANK | SPECIAL CLASS | NOT FILED | .00 | .00 |
| BECK HOULIHAN & SCOTT | CO-COUNSEL | .00 | .00 | .00 |

          Summary of disbursements:

---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 43953.66 | .00 | 17542.52 | .00 | 61496.18 |
| PRINCIPAL PAID | 43953.66 | .00 | 17542.52 | .00 | 61496.18 |
| INTEREST PAID | 82.29 | .00 | .00 | .00 | 82.29 |
| TOTAL PAID | 44035.95 | .00 | 17542.52 | .00 | 61578.47 |

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    2776.58 .

Refunds to the Debtor totaled $       14.95 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 05/21/08                          /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 04 B 45518 TAYYAB N CHOHAN